UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Ruth Hall Family Trust and William W. Corless, Jr., Trustee,<br><br>Plaintiff<br>v.<br><br>Riverside Resort and Casino, LLC,<br><br>Defendant | Case No. 2:24-cv-01045-JAD-MDC<br><br>**Order Granting Request<br>for Voluntary Dismissal**<br><br>ECF No. 10 |

William W. Corless, Jr. sought to bring this action on a pro se basis on behalf of the Ruth Hall Family Trust. Having learned that a non-attorney may not represent a trust on a pro se basis in this court, Corless moves to dismiss the action.[1] Rule 41(a)(1) of the Federal Rules of Civil Procedure allows a plaintiff to dismiss an action without prejudice "before the opposing party serves either an answer or a motion for summary judgment."[2] Because process has not yet been served, a Rule 41(a)(1) voluntary dismissal remains available.

IT IS THEREFORE ORDERED that the request for voluntary dismissal **[ECF No. 10] is GRANTED. THIS CASE IS DISMISSED without prejudice** under Fed. R. Civ. P. 41(a)(1). The Clerk of Court is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
July 19, 2024

---

[1] ECF No. 10.
[2] Fed. R. Civ. P. 41(a).